# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTUAL CREATIVE ARTISTS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:23-CV-00568-JRG <br> FENIX INTERNATIONAL LIMITED, § <br> § <br> *Defendant*. § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Virtual Creative Artists, LLC ("Plaintiff"). (Dkt. No. 5). In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendant Fenix International Limited ("Defendant") with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (*Id.*).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 17th day of April, 2024.**

*[Signature]*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE